John L. Beers (State Bar No. 70117)
Christina M. Kotowski (State Bar No. 197266)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, CA 94111-3712
Phone: (415) 490-9000
Fax:   (415) 490-9001
Email: jbeers@laborlawyers.com
       ckotowski@laborlawyers.com

Rosemary S. Gousman (Admitted Pro Hac Vice)
FISHER & PHILLIPS LLP
580 Howard Avenue
Somerset, NJ  08873
Phone: (732) 560-7100
Fax:   (732) 560-0788
Email: rgousman@laborlawyers.com

Attorneys for Plaintiff and Counterdefendant
BERLEX, INC.

Andrew M. Wolfe (State Bar No. 114076)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105
Phone: (415) 543-4800
Fax:   (415) 972-6301
Email: awolfe@ropers.com

Attorneys for Defendant and Counterclaimant
FRANCO PASQUALE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLEX, INC., a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>FRANCO PASQUALE, an individual,<br><br>Defendant and Counterclaimant. | Civil Action No. C06-07043 JSW<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1  The undersigned counsel for the parties in this action jointly request a continuance of
2  the case management conference in this action from the present date of April 6, 2007 until May
3  4, 2007, or such subsequent date as is convenient for the Court. The parties also request a
4  continuance of the associated ADR deadlines.
5  The parties request a continuance of the scheduled case management conference for the
6  following reasons: Although the complaint was filed on November 13, 2006, Plaintiff Berlex,
7  Inc. was not able to personally serve Defendant Franco Pasquale until January 26, 2007.
8  Plaintiff stipulated to extend the time in which Defendant could answer or otherwise respond to
9  the complaint, and Defendant thereafter filed an Answer and Counter-Claims on March 1,
10 2007. Plaintiff has until March 25, 2007 to respond to Defendant's counterclaims, and requires
11 additional time to investigate the allegations made in the counterclaims before it will be able to
12 meaningfully participate in the Rule 26(f) conference, make its initial disclosures, or prepare its
13 portion of the joint case management conference statement for the Court. A continuance of
14 approximately one month should be sufficient to allow Berlex, Inc. to respond to Pasquale's
15 counterclaims and fulfill its obligations in advance of the case management conference.

16 Dated: March 16, 2007                FISHER & PHILLIPS LLP

18                                       By: /s/ Christina M. Kotowski
19                                           Christina M. Kotowski
                                             Attorneys for BERLEX, INC.

21 Dated: March 16, 2007                ROPERS, MAJESKI, KOHN & BENTLEY

23                                       By: /s/ Andrew M. Wolfe
24                                           Andrew M. Wolfe
                                             Attorneys for FRANCO PASQUALE

---

STIPULATED REQUEST FOR CONTINUANCE OF CMC AND [PROPOSED] ORDER        2
C06-07043 JSW

1    The Court has received the parties' stipulated request for a continuance of the case
2  management conference and the associated deadlines. Good cause appearing, the Court hereby
3  CONTINUES the case management conference scheduled at 1:30 p.m. on April 6, 2007 in
4  Courtroom 2 until 1:30 p.m. on May 11, 2007, 2007 in Courtroom 2. The ADR
5  deadlines associated with the initial case management conference are also continued, and shall
6  be calculated from the date of the new case management conference.
7    IT IS SO ORDERED.

8  Dated: March 19, 2007

                                                                    _____
                                                                    Hon. Jeffrey S. White
                                                                    U.S. District Judge

STIPULATED REQUEST FOR CONTINUANCE OF CMC AND [PROPOSED] ORDER        3
C06-07043 JSW