UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BERLEX, INC,

        Plaintiff(s),

        v.

FRANCO PASQUALE,

        Defendant(s).

CASE NO. C 06-07043 JSW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order
    referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline August 31, 2007 _____

Dated: April 20, 2007 _____

Dated: April 20, 2007 _____

Christine M. Kotowski
Attorney for Plaintiff

Andrew M. Wolfe
Attorney for Defendant

[~~PROPOSED~~] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other  by August 31, 2007

IT IS SO ORDERED.

Dated:  April 23, 2007

                                 _Jeffrey S White_

                 UNITED STATES ~~MAGISTRATE~~ JUDGE
                          DISTRICT