John L. Beers (State Bar No. 70117)
Christina M. Kotowski (State Bar No. 197266)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, CA 94111-3712
Phone: (415) 490-9000
Fax:    (415) 490-9001
Email: jbeers@laborlawyers.com
       ckotowski@laborlawyers.com

Rosemary S. Gousman (Admitted Pro Hac Vice)
FISHER & PHILLIPS LLP
580 Howard Avenue
Somerset, NJ 08873
Phone: (732) 560-7100
Fax:    (732) 560-0788
Email: rgousman@laborlawyers.com

Attorneys for Plaintiff and Counterdefendant
BERLEX, INC.

Andrew M. Wolfe (State Bar No. 114076)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Phone: (415) 543-4800
Fax:    (415) 972-6301
Email: awolfe@ropers.com

Attorneys for Defendant and Counterclaimant
FRANCO PASQUALE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLEX, INC., a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>FRANCO PASQUALE, an individual,<br><br>Defendant and Counterclaimant. | Civil Action No. C06-07043 JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SUBSTITUTING PARTY** |

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PARTY                                          1
C06-07043 JSW

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

1. Plaintiff and Counterdefendant Berlex, Inc. has changed its name to Bayer HealthCare Pharmaceuticals Inc.

2. Bayer HealthCare Pharmaceuticals Inc. is substituted as a party to this action in place of Berlex, Inc. Bayer HealthCare Pharmaceuticals Inc. is a Delaware corporation with its principal place of business in Wayne, New Jersey.

3. Plaintiff and Counterdefendant Bayer HealthCare Pharmaceuticals hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this Court in this action.

Dated: April 19, 2007          FISHER & PHILLIPS LLP

                               By: /s/ Christina M. Kotowski
                               Christina M. Kotowski
                               Attorneys for Plaintiff BERLEX, INC.

Dated: April 19, 2007          ROPERS, MAJESKI, KOHN & BENTLEY

                               By: /s/ Andrew M. Wolfe
                               Andrew M. Wolfe
                               Attorneys for FRANCO PASQUALE

IT IS SO ORDERED.

Dated: April 23, 2007          /s/ Jeffrey S. White
                               Hon. Jeffrey S. White
                               U.S. District Judge