IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERLEX, INC.,

    Plaintiff,

v.

FRANCO PASQUALE,

    Defendant.

No. C 06-07043 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE JAMES FOR ALL PURPOSES**

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Maria-Elena James for all further proceedings.

    **IT IS SO ORDERED.**

Dated: May 18, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom